**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Alfred Marsh Sanders

Appellate case number:   01-19-00918-CV

Trial court case number: 2018-78842

Trial court:             334th District Court of Harris County

     Real party in interest, Jose Ivan Mideros, has requested an extension of time in which to file a response brief to the petition for writ of mandamus filed by relator, Alfred Marsh Sanders. Real party in interest's motion is GRANTED. Accordingly, real party in interest's response brief is due Friday, December 20, 2019.

Judge's signature: _____/s/ Russell Lloyd_____
                            Acting individually

Date: ___December 12, 2019_____